Breean L. Beggs, WSBA # 20795
John D. Sklut, WSBA # 37147
CENTER FOR JUSTICE
35 West Main Suite 300
Spokane, WA 99201
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

RAYMOND IDEUS, an individual   )
                               )   Case No. CV-06-38-LRS
            Plaintiff,         )
                               )
      vs.                      )   ORDER OF DISMISSAL
                               )
CITY OF SPOKANE POLICE         )
DEPARTMENT,                    )
                               )
            Defendant.         )
_____)

    This matter came before the Court on a Joint Motion for an Order dismissing all claims and counter-claims contained in this action.

    The court, having reviewed the motion and the records herein, therefore Orders:

    That the Joint Motion to Dismiss is granted with prejudice.  This case shall be closed.

    DATED this 3rd day of April, 2008.

                              s/Lonny R. Suko
                        _____
                        LONNY R. SUKO
                        U.S. DISTRICT COURT JUDGE

ORDER OF DISMISSAL - 1

2

3